388

NINESTAR TECHNOLOGY CO., LTD.,
Ninestar Technology Company, Ltd.,
Town Sky, Inc., Appellants,

and

Dataproducts USA, LLC, Appellant,

v.

INTERNATIONAL TRADE
COMMISSION,
Appellee,

and

Epson Portland Inc., Epson America,
Inc., and Seiko Epson Corporation,
Intervenors.

No. 2008–1201.

United States Court of Appeals,
Federal Circuit.

Jan. 13, 2009.

Edward F. O'Connor, The Eclipse Group LLP, of Irvine, CA, argued for all appellants.

Wayne W. Herrington, Assistant General Counsel, Office of the General Counsel, United States International Trade Commission, of Washington, DC, argued for appellee. With him on the brief were James M. Lyons, General Counsel, and Michael K. Haldenstein, Attorney.

Harold A. Barza, Quinn Emanuel Urquhart Oliver & Hedges, LLP, of Los Angeles, CA, argued for intervenors. With him on the brief were Tigran Guledjian and Aaron B. Craig; and Sanford I. Weisburst, of New York, NY. of counsel on the brief were Louis S. Mastriani and Michael L.

Doane, Adduci, Mastriani, & Schaumberg L.L.P., of Washington, DC.

MICHEL, Chief Judge, SCHALL and PROST, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.